; F5BH98žUbX˙8cẄa Ybḧ˛,,(˙]g˙gḧf]W_Yb"

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA,    )
                                    )
                                    )   NO: 3:11-00012 #24
vs.                         )   SENIOR JUDGE WISEMAN
                                    )
                                    )
ANTHONY SHELTON              )


## MOTION TO STRIKE DEFENDANT'S PREVIOUS MOTION FOR LEAVE TO FILE UNDER SEAL [DE#884]

      Comes the Defendant, Anthony Shelton, by and through counsel and respectfully moves the court to strike his previous Motion for Leave to File Under Seal [DE#884].


                                   Respectfully submitted,


                                   s/ Michael Noel

                                   _____
                                   MICHAEL D. NOEL
                                   Attorney for
                                      Anthony Shelton

                                   5115 Maryland Way
                                   Brentwood, Tennessee 37027
                                   (615) 373-5597
                                   TSCRN: 2593